# STATE OF LOUISIANA
# COURT OF APPEAL, THIRD CIRCUIT

## 08-584

**BOYD RACING, LLC D/B/A DELTA DOWNS RACE TRACK & CASINO**

**VERSUS**

**RUFUS FRUGE AS DIRECTOR OF CALCASIEU PARISH SALES AND USE TAX DEPARTMENT**

**\*\*\*\*\*\*\*\*\*\***

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 2006-4073 C/W
HONORABLE DAVID ALEXANDER RITCHIE, DISTRICT JUDGE

**\*\*\*\*\*\*\*\*\*\***

**ELIZABETH A. PICKETT**
**JUDGE**

**\*\*\*\*\*\*\*\*\*\***

Court composed of Jimmie C. Peters, Elizabeth A. Pickett, and J. David Painter, Judges.

**AFFIRMED.**

**Geneva Landrum**
**Louisiana Department of Revenue & Taxation**
**617 N. Third St**
**Baton Rouge, LA 70802**
**(225) 219-2080**
**Counsel for Defendant-Appellee:**
**Louisiana Deptartment of Revenue and Taxation**

**Benjamin Wakefield Mount**
**Bergstedt & Mount**
**1011 Lakeshore Dr., Ste 200**
**Lake Charles, LA 70601**
**(337) 433-3004**
**Counsel for Plaintiff-Appellant:**
**Boyd Racing, LLC**

**Jaye A. Calhoun**
**Michael H. Rubin**
**Paul Slocomb West**
**Juliann Louise Keenan**
**McGlinchey Stafford, PPLC**
**1 American Place, 14th Floor**
**Baton Rouge, LA 70825**
**(225) 383-9000**
**Counsel for Plaintiff-Appellant:**
**Boyd Racing, LLC**

**Russell Joseph Stutes  Jr.**
**Stutes & Lavergne, LLC**
**713 Kirby St.**
**Lake Charles, LA 70601**
**(337) 433-0022**
**Counsel for Defendant-Appellee:**
**Calcasieu Parish Sales and Use Tax Department**
**Louisiana Department of Revenue and Taxation**

**W. Todd Fontenot**
**Fontenot & Fontenot**
**713 Kirby Street**
**Lake Charles, LA 70601**
**(337) 491-3864**
**Counsel for Defendant-Appellee:**
**Calcasieu Parish Sales and Use Tax Department**
**Louisiana Department of Revenue and Taxation**

**PICKETT, Judge.**

For the reasons assigned in *Boyd Racing, LLC v. Fruge*, 08-581 (La.App. 3 Cir. __/__/__), ___ So.2d ___, the judgment of the trial court is affirmed. Costs of this appeal are taxed against Boyd Racing, LLC.

**AFFIRMED.**

1